|   |   |
|---|---|
| RAVISHANKAR ANANTHA PADMANABHA RAJU and FNU ARDRA,<br><br>                    Plaintiffs,<br>       v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-02117-RSM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

### **JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer to Plaintiffs' Complaint until March 4, 2026.

Plaintiffs filed their Complaint on October 28, 2025. Pursuant to LCR 12(a)(1), the Defendant's response to the complaint is due on January 5, 2026. The Parties have agreed to extend the deadline until March 4, 2026 to allow Defendant time to adjudicate Plaintiffs' applications. Therefore, the Parties submit there is good cause for a brief extension of Defendant's time to respond to the complaint and have stipulated to extend that deadline until March 4, 2026.

**SO STIPULATED.**

DATED this 19th day of December, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | LAW OFFICE OF JESSICA T. ARENA |
| *s/ Matt Waldrop*<br>MATT WALDROP, GA No. 349571<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:       206-553-4067<br>Email:   james.waldrop@usdoj.gov | *s/ Jessica T. Arena*<br>JESSICA T. ARENA*, CA No. 301807<br>2443 Fillmore Street, #380-1614<br>San Francisco, CA 94115<br>Phone: 541-525-3341<br>Email: jessica@jtarenalaw.com<br>*Pro Hac Vice* |
| *Attorneys for Defendant* | GIBBS HOUSTON PAUW<br><br>*s/ Kelly Vomacka*<br>KELLY VOMACKA, WSBA No. 20090<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98102<br>Phone: 206-682-1080<br>Email: kelly.vomacka@ghp-law.net |
| I certify that this memorandum contains 108 words, in compliance with the Local Civil Rules. | *Attorneys for Plaintiffs* |

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by March 4, 2026.

DATED this 19th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE