UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAVISHANKAR ANANTHA
PADMANABHA RAJU and FNU ARDRA,

                              Plaintiffs,

        v.

JOSEPH B. EDLOW, *et al.*,

                              Defendants.

Case No. 2:25-cv-02117-RSM

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

## **JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Complaint until April 3, 2026.

Plaintiffs filed their Complaint on October 28, 2025. Pursuant to LCR 12(a)(1), the Defendants' response to the complaint was initially due on January 5, 2026. The Parties had previously agreed to extend the deadline to March 4, 2026, which was granted by The Court on December 19, 2025 (Dkt. 8).

//

//

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-02117-RSM] - 1

The Parties have agreed to further extend the deadline until April 3, 2026, to allow Defendants time to continue working towards adjudicating Plaintiffs' applications. This extension will conserve the parties' and the Court's resources.

Therefore, the Parties submit there is good cause for a brief extension of Defendants' time to respond to the complaint and have stipulated to extend that deadline until April 3, 2026.

**SO STIPULATED.**

DATED this 25th day of February, 2026.

Respectfully submitted,

s/ Matt Waldrop
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:   james.waldrop@usdoj.gov

Attorney for Defendants

I certify that this memorandum contains 148 words, in compliance with the Local Civil Rules.

s/ Jessica T. Arena
JESSICA T. ARENA*, CA No. 301807
LAW OFFICE OF JESSICA T. ARENA
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Phone: 541-525-3341
Email:  jessica@jtarenalaw.com
*Pro Hac Vice

s/ Kelly Vomacka
KELLY VOMACKA, WSBA No. 20090
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, Washington 98102
Phone: 206-682-1080
Email: kelly.vomacka@ghp-law.net

Attorneys for Plaintiffs

## ORDER

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by April 3, 2026.

DATED this 25th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-02117-RSM] - 3